UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                            CASE NO. 2:23-CR-20009-001

CLAYTON DALE SCRAPER                                                                    DEFENDANT

## ORDER

The Court ADOPTS the report and recommendation (Doc. 20) entered in this case and accepts Defendant's plea of guilty to Count 1 of the information. The Defendant is hereby adjudged GUILTY of the offense.

IT IS SO ORDERED this 19th day of September, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE